Form clmtext

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:*   Jerry A Westerfield and Denise L. Westerfield          *Case No.:* 16−81388
  *Debtor*

  *Chapter:* 13

---

### NOTICE OF ENTRY OF TEXT ORDER

YOU ARE HEREBY NOTIFIED that the text order listed below was entered on the docket this date.

**(Text−only order, no associated pdf) ORDER Withdrawing: (RE: related document(s)doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Wells Fargo Bank, NA filed on 12/28/2017, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Wells Fargo Bank, NA filed on 01/10/2018, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Wells Fargo Bank, NA filed on 04/03/2018, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Wells Fargo Bank, NA filed on 04/17/2018, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Creditor Wells Fargo Bank, NA filed on 06/27/2018, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Interested Party Wells Fargo Bank, N.A. filed on 09/26/2019, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Interested Party Wells Fargo Bank, N.A. filed on 11/01/2019, doc Notice of Postpetition Mortgage Fees, Expenses, and Charges filed by Interested Party Wells Fargo Bank, N.A. filed on 12/11/2019). (court, lcro)**

Dated: 3/24/20

  /S/  Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.